UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMEL DALLUGE,

                Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF CORRECTIONS, and DEVON SCHRUM,

                Defendants.

No. C11-5132 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This action is **Dismissed Without Prejudice and the dismissal counted as a strike pursuant to 28 U.S.C. 1915 (g).**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of May, 2011.

                /s/ Robert J. Bryan
                ROBERT J. BRYAN
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1