# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMEL DALLUGE,

v.

FEDERAL BUREAU OF
INVESTIGATION, DEPARTMENT OF
CORRECTIONS, and DEVON SCHRUM,

JUDGMENT IN A CIVIL CASE

No. C11-5132 RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **Dismissed Without Prejudice and the dismissal counted as a strike pursuant to 28 U.S.C. 1915 (g).**

| May 24, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |